# EXHIBIT C

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

_____      :
                                        :
PRIVATE JET SERVICES GROUP, LLC         :
                                        :
                        Plaintiff,      :          Civil Action No. 1:23-cv-210
                                        :
            v.                          :
                                        :
                                        :
TWITTER, INC.                           :
                                        :
                        Defendant.      :
_____      :

## DECLARATION OF AMANDA VON HUSEN IN SUPPORT OF NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

I, Amanda von Husen, swear and affirm as follows.

1.      I am an adult resident of New Hampshire.

2.      I am a legal assistant and paralegal at the law firm of Bernstein, Shur, Sawyer & Nelson, P.A.

3.      I have personally reviewed publicly available documents concerning the corporate status of Twitter, Inc.  The following statements are based on that personal knowledge.

4.      On March 15, 2023, Twitter, Inc. merged into X Corp., which is a Nevada corporation.

5.      A true copy of publicly filed corporate documents reflecting these entity changes on file with the Delaware Secretary of State is attached hereto as **Exhibit C-1**.  The material in Exhibit C-1 may be validated at the Delaware Secretary of State's website at:

corp.delaware.gov/authver.shtml.  I validated the material prior to submitting this declaration.

6.      The Nevada Secretary of State's website (https://esos.nv.gov/) also reflects that Articles of Merger (Filing #20233027086) were filed for X Corp. on March 15, 2023.  A file-stamped copy of the Articles of Merger is attached hereto as **Exhibit C-2**.

7.      Further declarant sayeth not.

Sworn under the pains and penalties of perjury this 27th day of March 2023.


/s/ Amanda von Husen
Amanda von Husen