# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

_____
:
PRIVATE JET SERVICES GROUP, LLC   :
:
    Plaintiff,   :   Civil Action No. 1:23-cv-210-PB
:
v.   :
:
:
TWITTER, INC.   :
:
    Defendant.   :
_____:

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1.1(a), the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X. Corp. and no longer exists.  X Corp. is a privately held corporation.  Its parent corporation is X Holdings Corp.  No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.  There is no publicly held corporation with which a merger agreement exists.

Respectfully Submitted,
Defendant X CORP., as successor in interest to named Defendant TWITTER, INC.

By its attorneys,
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: March 28, 2023

*/s/ Edward J. Sackman*
Edward J. Sackman, N.H. Bar # 19586
Matthew J. Miller, N.H. Bar # 271594
670 N. Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105
nsackman@bernsteinshur.com
mmiller@bernsteinshur.com
(603) 623-8700

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing were this day served via email and first-class mail upon the following:

Timothy J. McLaughlin, Esquire
Shaheen & Gordon, P.A.
P.O. Box 2703
Concord, NH 03302
tmclaughlin@shaheengordon.com

Date:  March 28, 2023

*/s/ Edward J. Sackman*
Edward J. Sackman, Esquire