# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

_____
:
PRIVATE JET SERVICES GROUP, LLC   :
:
       Plaintiff,   :    Civil Action No. 1:23-cv-210-PB
:
v.   :
:
:
TWITTER, INC.   :
:
       Defendant.   :
_____:

## DEFENDANT'S DIVERSITY DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1.1(a), the undersigned counsel for Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., hereby submits the following Diversity Disclosure Statement:

| **PARTY OR INTERVENOR NAME** | **CITIZENSHIP** |
| --- | --- |
| Defendant X. Corp., as successor in interest to named Defendant Twitter, Inc. | Nevada / California |

                                Respectfully Submitted,
                                Defendant X CORP., as successor in interest to named Defendant TWITTER, INC.

                                By its attorneys,
                                BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: March 28, 2023                /s/ *Edward J. Sackman*
                                Edward J. Sackman, N.H. Bar # 19586
                                Matthew J. Miller, N.H. Bar # 271594
                                670 N. Commercial Street, Suite 108
                                P.O. Box 1120
                                Manchester, NH 03105
                                nsackman@bernsteinshur.com
                                mmiller@bernsteinshur.com
                                (603) 623-8700

## CERTIFICATE OF SERVICE

     I hereby certify that copies of the foregoing were this day served via email and first-class mail upon the following:

                                Timothy J. McLaughlin, Esquire
                                Shaheen & Gordon, P.A.
                                P.O. Box 2703
                                Concord, NH 03302
                                tmclaughlin@shaheengordon.com

Date:  March 28, 2023              /s/ *Edward J. Sackman*
                                Edward J. Sackman, Esquire