THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
MERRIMACK COUNTY

      I, Catherine J. Ruffle, Clerk of the Superior Court of the State of New Hampshire for the County of Merrimack, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of the Complaint, Summons on Complaint, Acceptance of Service and Notice of Removal to Federal District Court in the action case # 217-2023-CV-00083 Private Jet Services Group, LLC v. Twitter, Inc. of said Superior Court.

> In witness whereof I have hereunto set my hand
> and affixed the seal of said Superior Court at
> this 29th day of March A.D. 2023



*Catherine J Ruffle*

Clerk of Superior Court

STATE OF NEW HAMPSHIRE

MERRIMACK SS                                                                  SUPERIOR COURT

PRIVATE JET SERVICES GROUP, LLC

V.

TWITTER, INC.

Civil Action No.: 217-2023-CV-00083

# COMPLAINT

**(jury trial demanded on all claims so triable)**

1. Private Jet Services Group, LLC ("PJS") complains against Twitter, Inc. ("Twitter") for breach of contract, and in the alternative for breach of quasi-contract, and in the alternative for unjust enrichment, because Twitter refuses to pay $197,725 for private air charter passenger transportation services that it booked and accepted, and that PJS provided, for its executive on October 26 and 27, 2022.

## Parties

2. PJS is Florida limited liability company with a principal place of business located at 1111 Lincoln Avenue, Suite 500, Miami Beach, Florida and with a recently former principal place of business located at 5 Batchelder Road, Seabrook, New Hampshire.

3. Twitter is a Delaware corporation with a principal place of business located at 1355 Market Street, San Francisco, California.

## Jurisdiction and Venue

4. The Court has subject matter jurisdiction pursuant to NH RSA 491:7.

5. The Court has personal jurisdiction over Twitter pursuant to NH RSA 510:4 because Twitter has transacted business within New Hampshire and because the parties agreed

True Copy Attest

Catherine J. Ruffle, Clerk of Court
March 29, 2023

This is a Service Document For Case: 217-2023-CV-00083
Merrimack Superior Court
4/5/2023 3:49 PM

that "[a]ny action relating to [the Agreement that forms the basis for this action] in part or its entirety must be brought in the Federal or State Courts located in New Hampshire and each party irrevocably consents to the jurisdiction of such courts."

6. Venue is proper in Merrimack County pursuant to NH RSA 507:9.

<u>Allegations</u>

7. PJS is an air charter passenger transportation services broker.

8. On June 24, 2020, PJS and Twitter agreed to and signed an Air Charter Services Blanket Purchase Agreement # 2020-4151 ("BPA").

9. Pursuant to the terms and conditions of the BPA, Twitter is able to book and accept air charter passenger transportation services through PJS.

10. Although the process set forth in the BPA was for one of Twitter's four "Designated Representatives" "[t]o book an aircraft" and then to "acknowledge acceptance of the terms set forth in the [Statement of Work] in writing or via e-mail in order to complete the reservation," in practice, Twitter's process of booking and accepting air charter passenger transportation services did not always follow the process set forth in the BPA including because Twitter employees other than its Designated Representatives booked and accepted air charter passenger transportation services, which PJS provided, and for which Twitter paid.

11. For example, Twitter booked and accepted air charter passenger transportation services not in conformance with the BPA's Designated Representative process, including:

    a. for former Twitter executive Leslie Berland from Teterboro, New Jersey to San Francisco, California on October 27, 2020 with a return flight on October 29, 2020;

b.  for former Twitter executive Peiter Zatko from Teterboro, New Jersey to Santa Rosa, California on October 6, 2021 with a return flight the same day;

c.  for former Twitter Chief Financial Officer ("CFO") Ned Segal from San Jose, California to Los Angeles, California on November 7, 2021;

d.  for former Twitter Chief Executive Officer ("CEO") Parag Agrawal from San Jose, California to Teterboro, New Jersey on December 17, 2021;

e.  for former Twitter CEO Parag Agrawal from Philadelphia, Pennsylvania to Mountain View, California on January 2, 2022;

f.  for former Twitter CFO Ned Segal from Oakland, California to Akron, Ohio on February 17, 2022;

g.  for former Twitter CEO Parag Agrawal from Mountain View, California to State College, Pennsylvania on June 17, 2022 with a return flight on June 19, 2022;

h.  for former Twitter CEO Parag Agrawal from Mountain View, California to Hailey, Idaho on July 5, 2022 with a return flight on July 10, 2022; and

i.  for former Twitter CEO Parag Agrawal from Teterboro, New Jersey to Dallas, Texas back to Teterboro, New Jersey and finally to Mountain View, California on August 3, 2022.

j.  Twitter paid PJS's invoices for each of the above air charter passenger transportation services that were booked and accepted not in conformance with the BPA's Designated Representative process, which demonstrates that booking and accepting air charter passenger transportation services not in

conformance with the BPA's Designated Representative process does not constitute a material breach of the BPA.

12. During the evening of October 25, 2022, via email and text, former Twitter employee Taylor DeLorenzo (who is not one of the four Designated Representative) booked and accepted air charter passenger transportation services for former Twitter executive Leslie Berland from Teterboro, New Jersey to San Francisco, California for the morning of October 26, 2022.

13. PJS arranged, confirmed and provided to the Twitter executive the air charter passenger transportation services that Twitter had booked and accepted from Teterboro, New Jersey to San Francisco, California for the morning of October 26, 2022.

14. On October 26, 2022, PJS invoiced Twitter $103,850 for its executive's air charter passenger transportation services from Teterboro, New Jersey to San Francisco, California, with payment due by November 2, 2022.

15. During the afternoon of October 27, 2022, via email, former Twitter employee Cynthia Ancheta (who is not one of the four Designated Representative) booked and accepted air charter passenger transportation services for former Twitter executive Leslie Berland from San Francisco, California to Teterboro, New Jersey for the evening of October 27, 2022.

16. PJS arranged, confirmed and provided to the Twitter executive the air charter passenger transportation services that Twitter had booked and accepted from San Francisco, California to Teterboro, New Jersey for the evening of October 27, 2022.

17. On October 27, 2022, PJS invoiced Twitter $93,875 for its executive's air charter passenger transportation services from San Francisco, California to Teterboro, New Jersey, with payment due by November 3, 2022.

18. Twitter's October 26, 2022 and October 27, 2022 flights were booked and accepted separately, not as a round trip, and thus, they were priced as individual flights.

19. Twitter's October 26, 2022 and October 27, 2022 flights were booked with fewer than twelve and four hours of notice, respectively, as an urgent need for Twitter's then-executive including with best in class airborne wifi capable of live streaming during the week of Twitter's well publicized acquisition by Elon Musk, and thus, the flights and services could not be interrupted, delayed or cancelled.

20. Twitter did not timely pay either of PJS's invoices for the air charter passenger transportation services that PJS provided.

21. On November 16, 2022, Twitter employee Marty O'Neill, "Head of Global Strategic Sourcing at Twitter" emailed PJS "informing [PJS] that Twitter is not liable for these expenses [*i.e.*, the invoices for the air charter passenger transportation services that Twitter had booked and accepted and that PJS had provided] and therefore will not be paying these invoices." Mr. O'Neill explained Twitter's decision not to pay for the services that PJS had provided, writing that "[a]s you know only Designated Representatives listed in Exhibit A of the [BPA] are allowed to order services on behalf of Twitter."

22. On November 16, 2022, former Twitter employee Taylor DeLorenzo replied to Twitter employee O'Neill's email, writing that: "Just wanted to send a quick note with regards to the outstanding invoice for PJS: Parag [Agrawal] *did* sign off on this expense (he was still CEO at the time of both flight purchases) for Leslie. It was an urgent need the week the deal closed, and Leslie was the main person from Twitter liaising directly with Elon. Additionally, I had been approving all of the PJS transactions prior to this one - all of which Twitter paid with no issue or mention of the below requirements. Just wanted to share additional context here."

5

23.     On November 16, 2022, Twitter employee O'Neill replied to former Twitter employee DeLorenzo's email: "Thanks Taylor, appreciate the added context.  However, new management is not going to budge and while yes you had been requesting, it doesn't change the terms agreed to in the agreement.  If anything, legally we shouldn't have paid for when you made those requests or alternatively Private Jet Services could have cited breach of contract.  I know you're looking for a resolution but can't emphasize enough that new management wants to hold firm on this."

24.     According to former Twitter employee DeLorenzo's internal Twitter emails, the former CEO of Twitter, Parag Agrawal, approved the air charter passenger transportation services for Twitter's executive that it booked and accepted, and that PJS provided on October 26, 2022 and October 27, 2022.

25.     According to Twitter employee O'Neill's internal Twitter emails, the reason that Twitter now refuses to pay PJS's invoices for the services that PJS provided is because Twitter's "new management" has made a decision not to pay those invoices and "new management wants to hold firm on this."

## Count I
## Breach of Contract

26.     PJS incorporates all allegations in this Complaint as if restated in full herein.

27.     Twitter has breached the parties' contract by refusing to pay for the air charter passenger transportation services that it booked and accepted for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

28.     PJS has been damaged by Twitter's breach of the parties' contract by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

## Count II
## Breach of Quasi-Contract

29. PJS incorporates all allegations in this Complaint as if restated in full herein.

30. In New Hampshire, a valid claim in quantum meruit requires that: (1) services were rendered to the defendant by the plaintiff; (2) with the knowledge and consent of the defendant; and (3) under circumstances that make it reasonable for the plaintiff to expect payment. *Gen. Insulation Co. v. Eckman Const.*, 159 N.H. 601, 612 (2010).

31. Air charter passenger transportation services were provided to Twitter by PJS on October 26, 2022 and October 27, 2022, with the knowledge and consent of Twitter, under circumstances that make it reasonable for PJS to expect payment.

32. PJS has been damaged by Twitter's breach of the parties' quasi-contract by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

## Count III
## Unjust Enrichment

33. PJS incorporates all allegations in this Complaint as if restated in full herein.

34. "Unjust enrichment is an equitable remedy, found where an individual receives "a benefit which would be unconscionable for him to retain." *Clapp v. Goffstown Sch. Dist.*, 159 N.H. 206, 210 (2009). While "[i]t is a well-established principle that the court ordinarily cannot allow recovery under a theory of unjust enrichment where there is a valid, express contract covering the subject matter at hand. … [u]njust enrichment may be available to contracting parties where the contract was breached, rescinded, or otherwise made invalid, or where the benefit received was outside the scope of the contract." *Id.* at 210-11.

7

35. At Twitter's request, air charter passenger transportation services were provided to Twitter by PJS on October 26, 2022 and October 27, 2022. After receiving the benefit of the services that PJS provided, Twitter decided not to pay for the benefit of the services it received explaining retrospectively that the benefits conferred upon Twitter were in breach of the BPA and/or outside the scope of the BPA and/or in circumstances that made it unnecessary to pay for.

36. PJS has been damaged by Twitter's unjust enrichment that would be unconscionable for it to retain by refusing to pay for the air charter passenger transportation services that Twitter requested for its executive and that PJS provided on October 26, 2022 and October 27, 2022.

## PRAYERS FOR RELIEF

37. WHEREFORE, PJS respectfully requests that the Court:

    A. Enter judgment on all Counts;

    B. Award PJS all damages to which it is entitled;

    C. Award PJS its reasonable attorney's fees and litigation costs including as allowed by contract, statute and/or decisional law; and

    D. Grant such further relief as is necessary and proper.

|  |  |
|---|---|
|  | Respectfully filed, |
|  | PRIVATE JET SERVICES GROUP, LLC, |
|  | By its attorneys, |
|  | SHAHEEN & GORDON, P.A., |
| February 17, 2023 | /s/ Timothy J. McLaughlin |
|  | Timothy J. McLaughlin (NH bar # 19570) |
|  | 107 Storrs Street |
|  | P.O. Box 2703 |
|  | Concord, NH 03302 |
|  | (603) 617-3035 |
|  | tmclaughlin@shaheengordon.com |

8

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court
5 Court Street
Concord NH  03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| Case Name: | **Private Jet Services Group, LLC v Twitter, Inc.** |
| Case Number: | **217-2023-CV-00083** |

Date Complaint Filed: February 17, 2023

A Complaint has been filed against Twitter, Inc. in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| April 10, 2023 | Private Jet Services Group, LLC shall have this Summons and the attached Complaint served upon Twitter, Inc. by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 01, 2023 | Private Jet Services Group, LLC shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Twitter, Inc. must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Twitter, Inc.:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Timothy J. McLaughlin, ESQ | Shaheen & Gordon PA 107 Storrs St PO Box 2703 Concord NH 03302-2703 |
| Twitter, Inc. | 1355 Market Street San Francisco CA  94103 |

BY ORDER OF THE COURT

February 24, 2023

Catherine J. Ruffle
Clerk of Court

(1082)



True Copy Attest

Catherine J. Ruffle, Clerk of Court

March 29, 2023

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Merrimack Superior Court | Telephone: 1-855-212-1234 |
| 5 Court Street | TTY/TDD Relay: (800) 735-2964 |
| Concord NH  03301 | http://www.courts.state.nh.us |

## PRIVATE JET SERVICES GROUP, LLC
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:     **Private Jet Services Group, LLC v Twitter, Inc.**
Case Number:   **217-2023-CV-00083**

**Instructions for:** Private Jet Services Group, LLC

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **April 10, 2023**.
**Further action is required by you**
You must:
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
    - **One Summons**
    - **Once Notice for Defendant**
    - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

**Sheriff Departments in New Hampshire:**

| | |
|---|---|
| Belknap County Sheriff's Department: | Hillsborough County Sheriff's Department: |
| Carroll County Sheriff's Department: | Merrimack County Sheriff's Department: |
| Cheshire County Sheriff's Department: | Rockingham County Sheriff's Department: |
| Coos County Sheriff's Department: | Strafford County Sheriff's Department: |
| Grafton County Sheriff's Department: | Sullivan County Sheriff's Department: |

**\*If one or more of the parties resides out of state, please click here for the requirements\***

Service must be made upon the defendant before **April 10, 2023**.

If the Sheriff is unable to complete service by **April 10, 2023** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by May 01, 2023.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

NHJB-2678-Se (07/01/2018)

# Important Service Information for Sheriff

<u>Do not file this with the court</u>
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____   Case #: _____

**Who are you requesting to be served?**
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____   APT #: _____

_____

Home phone #: _____   Cell phone #: _____

Sex: ☐ Male  ☐ Female   Race: _____

Last 4 digits of SS#: xxx-xx- ___ ___ ___ ___      D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

**Your Information:**
Name (please print): _____

Residential address:                        Mailing address:

_____        _____

_____        _____

Phone number to contact you during business hours:

_____   Alternate #: _____

_____
Signature

♦IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____   Cash #: _____   Check#: _____
Id#: _____ Waiver: _____ Money Order#: _____   Credit Card: _____
Sheriff File # _____   Authorization #: _____

NHJB-2678-Se (07/01/2018)

<u>Instructions for filing the Return of Service</u>:
If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: <u>www.courts.state.nh.us</u>, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 217-2023-CV-00083 and click Next.
2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".
3.  Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.
4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.

**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

<u>February 24, 2023</u>                           <u>Catherine J. Ruffle                              </u>
Date                                                        Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to <u>https://odypa.nhecourt.us/portal</u> and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

| | |
|---|---|
| Merrimack Superior Court | Telephone: 1-855-212-1234 |
| 5 Court Street | TTY/TDD Relay: (800) 735-2964 |
| Concord NH  03301 | http://www.courts.state.nh.us |

## NOTICE TO DEFENDANT

Case Name:         **Private Jet Services Group, LLC v Twitter, Inc.**
Case Number:      **217-2023-CV-00083**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Merrimack Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service.  You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process.  Click Register and follow the prompts.

2. After you register, click Start Now.  Select **Merrimack Superior Court** as the location.

3. Select "I am filing into an existing case".  Enter **217-2023-CV-00083** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 3/1/2023 1:08 PM
Merrimack Superior Court
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _____

Case Name: _____

Case Number: _____
(if known)

## ACCEPTANCE OF SERVICE

**Acceptance of Service:** (Select One)

☐ Counsel for the following defendant(s):

| (Name) | (Address) | (Telephone Number) |
| (Name) | (Address) | (Telephone Number) |
| (Name) | (Address) | (Telephone Number) |

☐ I will be representing myself (self-represented party),

and waive(s) all formalities of service, accept(s) service of the Summons issued by the Court in this case and enter(s) the following appearance:

**Type of Appearance:** (Select One)

☐ Appearance          ☐ Limited Appearance

If limited appearance, describe scope of representation:

_____
_____
_____
_____
_____
_____



True Copy Attest

*Catherine J. Ruffle*
Catherine J. Ruffle, Clerk of Court

March 29, 2023

**Case Name:** _____

**Case Number:** _____

**ACCEPTANCE OF SERVICE**

---

*For non e-filed cases:*

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

_____ or _____
Other party                                             Other party's attorney

---

**OR**

---

*For e-filed cases:*

☐   I state that on this date I am sending a copy of this document as required by the rules of the court. I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case. I am mailing or hand-delivering copies to all other interested parties.

---

_____                _____
Name of Filer                                                          Signature of Filer                          Date

_____                _____
Law Firm, if applicable    Bar ID # of attorney          Telephone

_____                _____
Address                                                                  E-mail

_____
City                         State          Zip code

THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT

Merrimack, SS.                                                                 No. 217-2023-CV-00083

PRIVATE JET SERVICES GROUP, LLC

v.

TWITTER, INC.

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on Monday, March 27, 2023, Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., filed a Notice of Removal of the above-entitled action to the United States District Court for the District of New Hampshire.

        Respectfully Submitted,
        Defendant X CORP., as successor in interest to
        named Defendant TWITTER, INC.

        By its attorneys,
        BERNSTEIN, SHUR, SAWYER & NELSON, P.A.

Date: March 27, 2023

        */s/ Matthew J. Miller*
        Matthew J. Miller, N.H. Bar # 271594
        670 N. Commercial Street, Suite 108
        P.O. Box 1120
        Manchester, NH 03105
        mmiller@bernsteinshur.com
        (603) 623-8700



True Copy Attest

Catherine J. Ruffle, Clerk of Court
March 29, 2023

## Certificate of Service

      I hereby certify that on this 27th day of March, 2023, the foregoing was filed electronically, which will send electronic notice to Timothy J. McLaughlin, Esq., counsel for Plaintiff.

Date:  March 27, 2023            By:     /s/ Matthew J. Miller
                                                                Matthew J. Miller, Esquire