UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PRIVATE JET SERVICES GROUP, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>     Defendant. | Civil Action No. 1:23-cv-00210-PB |

## JOINT STATEMENT REGARDING SUITABILITY OF MEDIATION

NOW COME the parties, through their respective counsel, and submit this Joint Statement Regarding the Suitability of Mediation:

1.     The parties are actively engaged in discovery. At this time, settlement discussions are ongoing, but the parties do not believe that mediation will assist their progress. The parties will advise the Court of the case's suitability for mediation on or before January 8, 2024.

Respectfully submitted,

PRIVATE JET SERVICES GROUP, LLC

By its Attorneys:
SHAHEEN & GORDON, P.A.

Dated: November 6, 2023

/s/ *Olivia F. Bensinger*
Timothy McLaughlin (NH Bar No. #19570)
Olivia F. Bensinger (N.H. Bar No. #274145)
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
(603) 225-7262
tmclaughlin@shaheengordon.com
obensinger@shaheengordon.com

| | |
|---|---|
| Dated:  November 6, 2023 | X CORP., successor in interest to named Defendant TWITTER, INC.<br><br>By its attorneys,<br>BERNSTEIN SHUR, SAWYER & NELSON, P.A.<br><br>*/s/ Edward J. Sackman*<br>Edward J. Sackman, N.H. Bar #19586<br>Matthew J. Miller, N.H. Bar #271594<br>670 N. Commercial Street, Suite 108<br>P.O. Box 1120<br>Manchester, New Hampshire 03105<br>(603) 623-8700<br>nsackman@bernsteinshur.com<br>mmiller@bernsteinshur.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November 2023, I have caused the foregoing document to be filed via the Court's CM/ECF System, which shall effect service on all counsel of record.

/s/ *Olivia F. Bensinger*
Olivia F. Bensinger