UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PRIVATE JET SERVICES GROUP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Civil Action No. 1:23-cv-00210-PB |

## JOINT STIPULATION OF DISMISSAL

The parties hereby stipulate that this matter be dismissed with prejudice, without rights of appeal, and with each party bearing their own costs and fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                        Respectfully submitted,

                                        PRIVATE JET SERVICES GROUP, LLC

                                        By its Attorneys:
                                        SHAHEEN & GORDON, P.A.

Dated: January 8, 2024             /s/ *Olivia F. Bensinger*
                                        Timothy McLaughlin (NH Bar No. #19570)
                                        Olivia F. Bensinger (N.H. Bar No. #274145)
                                        Shaheen & Gordon, P.A.
                                        107 Storrs Street
                                        P.O. Box 2703
                                        Concord, NH 03302
                                        (603) 225-7262
                                        tmclaughlin@shaheengordon.com
                                        obensinger@shaheengordon.com

| | |
|---|---|
| Dated:  January 8, 2024 | X CORP., successor in interest to named Defendant TWITTER, INC.<br><br>By its attorneys,<br>BERNSTEIN SHUR, SAWYER & NELSON, P.A.<br><br>*/s/ Edward J. Sackman*<br>Edward J. Sackman, N.H. Bar #19586<br>Matthew J. Miller, N.H. Bar #271594<br>670 N. Commercial Street, Suite 108<br>P.O. Box 1120<br>Manchester, New Hampshire 03105<br>(603) 623-8700<br>nsackman@bernsteinshur.com<br>mmiller@bernsteinshur.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2024, I have caused the foregoing document to be filed via the Court's CM/ECF System, which shall effect service on all counsel of record.

/s/ *Olivia F. Bensinger*
Olivia F. Bensinger